UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Annis Hight**

Social Security No. xxx-xx-3750
Address: 3021 Prophet Drive, ,Hillsborough, NC 27278-

Debtor

Case No. 07-81607
Chapter 13

## OBJECTION TO CLAIM

**NOW COMES** the Debtor above-named, through counsel, pursuant to 11 U.S.C. Section 502 and Bankruptcy Rule 3007, who respectfully objects to the proof of claim filed by the creditor CITIMORTGAGE INC. and dated November 15, 2007, for the following reasons:

The Debtor believes the "pre-petition" arrearage claim in the amount of $1,365.00 is overstated, as she has made all mortgage payments due, both before and after the filing of this case.

**WHEREFORE**, the Debtor prays that the Court enter an Order disallowing the pre-petition arrearage claim in its entirety .

Dated: ___4/9/08_____

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s/Edward Boltz
Edward Boltz
N.C. State Bar No. 23003
6616-203 Six Forks Road
Raleigh, N.C. 27615
(919) 847-9750