UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:                                )          No. B-07-81607 C-13D
Annis Arthur Hight                    )
                                      )
    Debtor(s)                         )

## ORDER DISALLOWING CLAIMS

An objection was filed to the claim hereinafter listed. Notice and opportunity to be heard was given to the claimant and the claimant was required to file a written response with the Court on or before May 16, 2008. No written response having been filed, and the Court after considering the objection, finds that the objection filed should be allowed; therefore, it is

ORDERED that the objection is granted and the following claims are disallowed:

| Claim No. | Claimant | Amount of Claim |
|---|---|---|
| 17 | CitiMortgage, Inc. | $1,365.30 |

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-07-81607 C-13D**

Annis A. Hight
3021 Prophet Drive
Hillsborough, NC 27278

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

Citimortgage, Inc.
Attn: Managing Agent
Post Office Box 140609
Irving, TX 75014